IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES MCCLINTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:15-CV-3919-D |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff James McClinton and Defendant State Farm Lloyds' Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant State Farm Lloyds are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

November 4, 2016.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND CONTENT:**

*/s/ James W. Willis\**
Richard D. Daly
TBA No. 00796429
rdaly@dalyblack.com
John Scott Black
TBA No. 24012292
jblack@dalyblack.com
Ana M. Ene
TBA No. 24076368
aene@dalyblack.com
James W. Willis
TBA No. 24088654
wking@dalyblack.com
**DALY & BLACK, P.C.**
2211 Norfolk St., Suite 800
Houston, Texas 77098
713.655.1405—Telephone
713.655.1587—Fax
**COUNSEL FOR PLAINTIFF**
*\*signed with permission*

And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
TBA No.:  24029862
rthompson@thompsoncoe.com
Adrienne H. Nelson
TBA No.:  24069867
anelson@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
**COUNSEL FOR DEFENDANT**
**STATE FARM LLOYDS**